**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>CARLOS J. DIAZ CEBALLOS<br><br>XXX-XX-4722<br><br>Debtor | **Case No: 10-04602(ESL)**<br><br>Chapter 13 |

**TRUSTEE'S MOTION TO DISMISS OF MODIFY**

**TO THE HONORABLE COURT:**

    **NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee") through the undersigned counsel, and very respectfully states and requests:

    1. On July 22, 2010, this Honorable Court entered an order confirming Debtor's plan dated May 18, 2010. (Docket No. 19).

    2. On October 21, 2010, RNPM, LLC ("RNPM") filed a motion requesting an order directing the Trustee to inform the sufficiency of Debtor's confirmed plan after the filing of proof of claim number 9-1 and 10-1. (Docket No. 23).

    3. On November 8, 2010, the Honorable Court entered an order directing Debtor and the Trustee to determine sufficiency of funding of confirmed plan. (Docket No. 24).

    4. After due verification, the Trustee verified the proof of claims filed in the instant case and confirmed that Debtor plan base is sufficient for the payment of RNPM's proof of claims number 9-1 and 10-1. The base of the confirmed plan is

$24,000.00, which pays the 100% of all the allowed secured claims and approximately 28% to the unsecured creditors' claims.

5. Notwithstanding, the Trustee became aware that Debtor does not include in his plan a specific provisions as to the payment of both proof of claims. Pursuant to 11 U.S.C. § 1325(a)(5) a plan must provide as to each allowed secured claim.

6. Therefore, the Trustee respectfully request that this Honorable Court entered an order directing Debtor to amend his plan dated July 22, 2010, to include a provision as to the payments of secured creditor, RNPM's proof of claims number 9-1 and 10-1 within 30 days subject to the dismissal of the case for cause pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to take notice of the aforesaid, and that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

**30 DAYS NOTICE:** **In accordance with local *General Order No. 05-09*, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this Motion is submitted in writing within 30 days from the date of this notice, the Court may grant this motion, the case may be dismissed or converted the case to a Chapter 7, without further notice or hearing.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular Fist Class Mail

on this same date to: the DEBTOR(s), their counsel and all those parties in interest who have filed a notice of appearance if not an CM/ECF register user.

In San Juan, Puerto Rico, this **23rd** day of December, 2010.

**/S/ Mayra M. Argüelles-Álvarez**
Staff Attorney
USDC-PR No. 228304

JOSE R. CARRIÓN-MORALES
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550

```
UNITED STATES BANKRUPTCY COURT
       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>CARLOS JAVIER DIAZ CEBALLOS<br><br>          DEBTOR (S) | CASE NO. 10-04602-ESL<br><br>    CHAPTER 13 |

AFFIDAVIT FOR DEFAULT JUDGEMENT
PURSUANT TO SECTION 201(b)(4)
OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I , crosario , clerk for the Chapter 13 & 12 Trustee's Office,        declare under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

In San Juan, Puerto Rico, December 23, 2010.


_____Carmen R. Rosario_____

10-04602-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | CARLOS JAVIER DIAZ CEBALLOS<br>PO BOX 2401<br>JUNCOS, PR 00777 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| CAPITAL ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | CAPITAL ONE NA<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 |
| CAPITAL RECOVERY II LLC<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131 | CARIBEFINANCE<br>PO BOX 35-1960<br>MIAMI, FL 33135-1960 |
| CARICO INTERNATIONAL, INC.<br>PO BOX 100187<br>FT. LAUDERDALE, FL 33310-0187 | CENTENIAL DE PUERTO RICO<br>PO BOX 71514<br>SAN JUAN, PR 00936 |
| CITIFINANCIAL INC<br>PO BOX 70923<br>CHARLOTTE, NC 28272-0923 | CITIFINANCIAL INC<br>PO BOX 70919<br>CHARLOTTE, NC 28272-0919 |
| CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936 | COLLECTION ADVISEMENT INC.<br>PO BOX 195162<br>SAN JUAN, PR 00919-5162 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | ORIENTAL BANK & TRUST / EUROBANK<br>PO BOX 192099<br>SAN JUAN, PR 00919 |

| | |
|---|---|
| PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR   00918 | PR ACQUISITIONS LLC<br>C/O OPEARTING PARTNERS<br>270 MUNOZ RIVERA AVENUE, SUITE 400<br>SAN JUAN, PR   00918 |
| PR ADQUISITION LLC<br>270 MUNOZ RIVERA AVE., SUITE 400<br>SAN JUAN, PR   00918 | PR TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN, PR   00936-0998 |
| PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA   95696 | RADIO SHACK<br>ATTN. CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO   64195 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK<br>25 S.E. 2ND AVE., SUITE 1120<br>MIAMI, FL   33131 | RNPM LLC<br>C/O ONEILL & GILMORE PSC<br>CITIBANK TOWERS SUITE 1701<br>252 AVE PONCE DE LEON<br>SAN JUAN, PR   00918 |
| RNPM LLC<br>PO BOX 194499<br>SAN JUAN, PR   00919-4499 | SEARS<br>701 EAST 60TH ST N<br>SIOUXFALLS, SD   57117 |
| ZALES<br>PROCESSING CENTER<br>DES MOINES, IA   50364-0001 | |

DATED:   December 23, 2010

crosario
OFFICE OF THE CHAPTER 13 TRUSTEE

Department of Defense Manpower Data Center         Dec-23-2010 03:19:18



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| DIAZ CEBALLOS | CARLOS JAVIER | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*
_____
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:9U6KOU74IA